# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## DURHAM DIVISION

In re:

**Lee Kim Bolin and Rosalie Marie Bolin**
S.S. Nos.: xxx-xx-0205 and xxx-xx-5754
Mailing Address: 4902 Leesville Road, Durham, NC 27703-

**Case No. 11-80766**

Debtors.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on May 11, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 27, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
--------------------------
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

Date: 4/26/11
Lastname-SS#: Bolin-0205

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| | Creditor Name | Sch D # | Description of Collateral |
|---|---|---|---|
| Retain | AmeriCredit | | 2003 Toyota Corolla |
| | AT&T Wireless | | Cell Phone |
| | | | |
| | | | |
| | | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| | Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|---|
| Retain | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |
| | | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| | Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |
| | | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| | Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| | Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|---|
| Retain | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |
| | | | | 5.00 | | | |

| ATTORNEY FEE (Unpaid part) | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $3,000 |

| SECURED TAXES | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

| UNSECURED PRIORITY DEBTS | Amount |
|---|---|
| IRS Taxes | |
| State Taxes | |
| Personal Property Taxes | |
| Alimony or Child Support Arrearage | |

| CO-SIGN PROTECT (Pay 100%) | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

| GENERAL NON-PRIORITY UNSECURED | | Amount(** |
|---|---|---|
| DMI= | $190 | $11,400 |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$265** per month for **60** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **12.04** months.

Sch D # = The number of the secured debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Experian
P.O. Box 2002
Allen, TX 75013-2002

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

American Express
PO Box 981537
El Paso, TX 79998

AmeriCredit
Post Office Box 183123
Arlington, TX 76096-3123

Amoco
c/o Portfolio Recover Associates
140 Corporate Boulevard
Norfolk, VA 23502

AT&T
c/o Enhanced Recovery Company, LIC
8014 Bayberry Road
Jacksonville, FL 32256-7412

Bank of America
Post Office Box 15026
Wilmington, DE 19850-5026

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

City of Raleigh
Post Office Box 590
Raleigh, NC 27602-0590

Contract Callers, Inc.
Post Office Box 212489
Augusta, GA 30917-2489

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

CSDDUR
Post Office Box 530
Durham, NC 27702-0530

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Gold's Gym - North Hills
c/o First Credit Services, Inc.
PO Box 1089
Troy, MI 48099-1089

HSBC Mortgage Services
Post Office Box 3425
Buffalo, NY 14240

Internal Revenue Service (MD)**
Post Office Box 7346
Philadelphia, PA 19101-7346

JL Walston & Associates, Inc.
1107 W. Main Street, Ste 201
Durham, NC 27701

Law Office of John T Orcutt
6616 Six Forks Road ste 203
Raleigh, NC 27615

Nationwide Credit, Inc.
4700 Vestal Parkway E
Vestal, NY 13850

NC Arthritis & Allergy Care
3831 Merton Drive
Raleigh, NC 27609

NC Department of Revenue
Post Office Box 25000
Raleigh, NC 27640-0002

Northland Group, Inc.
Post Office Box 390846
Edina,, MN 55439-0846

Penncro Associates
Post Office Box 538
Oaks, PA 19456

Pittard Perry & Crone, Inc.
PO Box 99790
Raleigh, NC 27624

Portfolio Recovery Associates
140 Corporate Boulevard
Norfolk, VA 23502

Progress Energy Carolinas, Inc.
c/o Applied Business Services, Inc.
Post Office Box 910
Edenton, NC 27932

PSNC Energy
Attn: Bankruptcy Dept.
1426 Main Street Mall, code 130
Columbia, SC 29218

RBC Centura Bank(**)
Post Office Box 1220
Rocky Mount, NC 27802-1220

Smith Debnam Narron Drake Saintsing
& Myers, L.L.P
P.O. Box 26268
Raleigh, NC 27611

Stonehenge/DFMC
NCC Business Services Inc.
9428 Baymeadows Road, #200
Jacksonville, FL 32256

Target
c/o Target Credit Services
Post Office Box 1581
Minneapolis, MN 55440-1581

Town of Carolina Beach
Parking Office
1204 N. Lake Park Blvd,, Suite D
Carolina Beach, NC 28428

Triangle Orthopaedic Assoc., PA
120 William Penn Plaza
Durham, NC 27704

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Dept of ED
PO Box 7202
Utica, NY 13504